IN THE COURT OF APPEALS OF TENNESSEE
AT NASHVILLE
Assigned on Briefs March 2, 2005

## IN RE M.J.M., JR., L.P.M., & C.A.O.M.

**Appeal from the Juvenile Court for White County**
**No. JU 1839      Sam Benningfield, Judge**

_____

**No. M2004-02377-COA-R3-PT - Filed April 14, 2005**

_____

PATRICIA J. COTTRELL, J., concurring.

        I agree fully with the majority's resolution of this case and the issues raised therein.  I write separately, however, to express my concern with the apparent inconsistency in the grounds alleged by the Department.  Specifically, while the parents' failure to make reasonable efforts to provide a suitable home for the first four months after removal of the child from the home is a definition of abandonment, Tenn. Code Ann. § 36-1-102(1)(A), it is questionable to me whether the Department can rely on that ground when it has entered into a permanency plan that gives a parent one year to find stable and suitable housing.  The majority found that ground unavailable because the Department did not use reasonable efforts, making it unnecessary to address my concern.  I agree with that conclusion, but want to make it clear that some question about reliance on that ground may exist regardless of the Department's efforts.

                                                  _____
                                                  PATRICIA J. COTTRELL, J.